UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK WIGGINS and | : | NO.: |
| RICHELLE WIGGINS | : | (Removed from Superior Court of |
| | : | Connecticut, J.D. of New London, |
| v. | : | Docket No.: KNL-CV13-6018512-S) |
| | : | |
| GLENN UNDERHILL and | : | |
| NORTH AMERICAN VAN LINES, INC. | : | SEPTEMBER 18, 2013 |

### NOTICE OF REMOVAL

To the United States District Court for the District of Connecticut:

Pursuant to 28 U.S.C. §§ 1441 and 1446, the Defendants, Glenn Underhill and North American Van Lines, Inc., by their attorneys Wilson, Elser, Moskowitz, Edelman & Dicker, hereby give notice that they have removed this action from the Superior Court of Connecticut, Judicial District of New London, for the following reasons:

1. This civil action may be removed to District Court pursuant to the provisions of Title 28, United States Code § 1441(b) in that the defendants are not citizens of the State of Connecticut.

2. This action was commenced by Summons and Complaint dated August 21, 2013, and addressed to the undersigned defendants, Glenn Underhill and North American Van Lines, Inc.

3. As indicated on the Plaintiff's Summons, Defendant Glenn Underhill is a resident of Middleburg, Pennsylvania.

4. Defendant North American Van Lines, Inc. is a business organized under the laws of Delaware and with its principal place of business located in Indiana.

5. Defendant North American Van Lines, Inc. was served with the Complaint to its registered agent on August 22, 2013. A copy of the Complaint was received at the residence of Glenn Underhill on or about August 27, 2013. Therefore, this removal is timely pursuant to 28 U.S.C. §1446(b).

6. In compliance with 28 U.S.C. § 1446(a), attached as Exhibit "A", are complete and accurate copies of the process and pleadings received by the Defendants as follows: (1) Summons; and (2) Complaint.

7. Diversity exists in that, as indicated above, the Defendants are not residents of the State of Connecticut.

8. In the Complaint, Plaintiff alleges injuries which he claims are serious and permanent including "right master index finger fracture for which he underwent closed reduction; right rib cage injury; bilateral leg injuries including torn ligament(s) on the left; right bimalleolar ankle fracture for which he underwent closed reduction, subsequent open reduction surgery with internal fixation, partial hardwvare removal surgery and which will further require additional hardware removal; staph infection requiring P1CC line antibiotics; upper extremity tendinopathy from chronic crutch use for which he underwent tendon release surgery; post traumatic stress including recurrent nightmares; as well as injury to the contiguous muscles, ligaments, nerves, tissues, bones, joints and vessels of the affected body parts." (Ex. A).

9.      Given the seriousness of the allegations of injury by Plaintiff contained in the Complaint, all of which are denied, the Defendants believe that the Plaintiff's demand will exceed $75,000 exclusive of interests and costs.

10.     Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. §1332.

WHEREFORE, the Defendants pray that the above action now pending in Superior Court of Connecticut, Judicial District of New London be removed to this Court.

THE DEFENDANTS,
GLENN UNDERHILL and NORTH AMERICAN VAN LINES, INC.


By:  /s/ Beata Shapiro (Ct27507)
Beata Shapiro
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
1010 Washington Boulevard
Stamford, CT 06901
(203) 388-9100
(203)388-9101 (fax)
File No.: 12382.00003

## CERTIFICATION

I hereby certify that on the 18th day of September, 2013, the foregoing was filed with the United States District Court for the District of Connecticut via CM/ECF and a copy sent via first class mail, postage prepaid to the following:

Katherine E. Meshako, Esq.
The Haymond Law Firm
999 Asylum Ave.
Hartford, CT 06105-2450
*Attorney for Plaintiff*

Chief Clerk
New London Superior Court
70 Huntington Street
New London, CT 06320

Office of the Civil Clerk
United States District Court, District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

    /s/ Beata Shapiro (Ct27507)
Beata Shapiro
Commissioner of the Court

# EXHIBIT A

| SUMMONS - CIVIL<br>JD-CV-1 Rev. 10-09<br>C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,<br>52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1 | STATE OF CONNECTICUT<br>**SUPERIOR COURT**<br>www.jud.ct.gov | See page 2 for instructions |
|---|---|---|
| ☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.<br>☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.<br>☐ "X" if claiming other relief in addition to or in lieu of money or damages. | | TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint. |

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350)<br>70 Huntington Street, New London, 06320 | Telephone number of clerk (with area code)<br>( 860 ) 443-5363 | Return Date (Must be a Tuesday)<br>October 1, 2013 |
|---|---|---|
| ☒ Judicial District  ☐ G.A.<br>☐ Housing Session  Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349)<br>New London | Case type code (See list on page 2)<br>Major: V   Minor: 01 |

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code)<br>The Haymond Law Firm, 999 Asylum Avenue, Penthouse, Hartford, 06105 | Juris number (to be entered by attorney only)<br>406642 |
|---|---|
| Telephone number (with area code)<br>( 860 ) 728-5672 | Signature of Plaintiff (If self-represented) |

| Number of Plaintiffs: 2 | Number of Defendants: 2 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Wiggins, Mark<br>Address: 108 Christy Hill Road, Gales Ferry, CT 06335-1501 | P-01 |
| Additional Plaintiff | Name: Wiggins, Richelle<br>Address: 108 Christy Hill Road, Gales Ferry, CT 06335-1501 | P-02 |
| First Defendant | Name: Underhill, Glenn<br>Address: 3994 Paxtonville Road, Middleburg, PA 17842 | D-50 |
| Additional Defendant | Name: North American Van Lines, Inc. Via Its Agent for Service: Corporation Service Company<br>Address: 50 Weston Street, Hartford, CT 06120-1537 | D-51 |
| Additional Defendant | Name:<br>Address: | D-52 |
| Additional Defendant | Name:<br>Address: | D-53 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court<br>☐ Assistant Clerk | Name of Person Signing at Left<br>Katherine E. Meshako | Date signed<br>8/21/13 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

A TRUE COPY
NOLAN G MAILLOUX
CONNECTICUT MARSHAL
HARTFORD COUNTY

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date |
|---|---|---|

| Name and address of person recognized to prosecute in the amount of $250<br>Katrina Vallett, 999 Asylum Avenue, Penthouse, Hartford, CT 06105 | | |
|---|---|---|
| Signed (Official taking recognizance "X" proper box) | ☒ Commissioner of the Superior Court<br>☐ Assistant Clerk | Date<br>8/21/13 |

Docket Number

(Page 1 of 2)

| | |
|---|---|
| RETURN DATE:   OCTOBER 1, 2013 | : SUPERIOR COURT |
| MARK WIGGINS AND RICHELLE WIGGINS<br>  Plaintiff | : JD OF NEW LONDON |
| V. | : AT NEW LONDON |
| GLENN UNDERHILL and<br>NORTH AMERICAN VAN LINES, INC.<br>  Defendants | : AUGUST 21, 2013 |

## COMPLAINT

FIRST COUNT

1. On August 31, 2011 at approximately 7:56 a.m., the plaintiff, Mark Wiggins, was operating his motorcycle in the left of two westbound lanes on Crystal Lake Road westbound in the town of Groton, Connecticut.

2. At the said time and place, the defendant, Glenn Underhill, was the operator of a North American Van Lines tractor-trailer which was also traveling on the said Crystal Lake road westbound ahead of the plaintiff's motorcycle.

3. At said time and place, the defendant, Glenn Underhill moved into the right lane then turned left into the Karn's Auto Center parking lot thereby colliding with the plaintiff's approaching motorcycle.

4. At all times relevant hereto, the defendant, North American Van Lines, Inc. was the owner of the tractor-trailer being operated by the defendant, Glenn Underhill.

5. At all times relevant hereto the defendant, Glenn Underhill, was the agent, servant and/or employee of the defendant, North American Van Lines, Inc. acting within the course and scope of said agency and/or employment within the meaning of C.G.S. § 52-183.

6. The plaintiff, Mark Wiggins, sustained injuries and losses as hereinafter set forth as a result of the negligence and carelessness of the defendant operator, Glenn Underhill, in one or more of the following ways, in that he:

   a) commenced a left turn when it was unreasonable to do so;
   b) made a left turn from the right westbound lane;
   c) made an improper left turn in violation of C.G.S. §14-241 and/or §14-242;
   d) failed to grant the plaintiff's motorcycle the right of way;
   e) failed to grant the plaintiff's motorcycle the right of way in violation of Connecticut General Statute §14-242;
   f) failed to keep a proper and reasonable lookout;
   h) failed to keep the tractor-trailer under proper and reasonable control;
   i) failed to maintain the tractor-trailer within an established lane before turning;
   j) failed to maintain the tractor-trailer with an established lane before turning in violation of C.G.S. § 14-236;
   k) failed to hear the plaintiff's approaching motorcycle due to unreasonably loud music playing within the truck cab; and,
   l) failed to stop the tractor-trailer upon impacting with the plaintiff's motorcycle thereby dragging the plaintiff along the roadway.

7. As a result of the collision, the plaintiff, Mark Wiggins, suffered right master index finger fracture for which he underwent closed reduction; right rib cage injury; bilateral leg injuries including torn ligament(s) on the left; right bimalleolar ankle fracture for which he underwent closed reduction, subsequent open reduction surgery with internal fixation, partial hardware removal surgery and which will further require additional hardware removal; staph infection requiring PICC line antibiotics; upper extremity tendinopathy from chronic crutch use for which he underwent tendon release surgery; post traumatic stress including recurrent nightmares; as well as injury to the contiguous muscles, ligaments, nerves, tissues, bones, joints and vessels of the affected body parts.

8. As a further result of the collision, the plaintiff, Mark Wiggins, has incurred substantial expense for medical care, treatment, diagnosis, therapy, multiple surgeries and medication and will be caused to incur additional expense for said purposes in the future.

9. As a further result of the collision, the plaintiff, Mark Wiggins, has suffered and continues to suffer physical and emotional pain and discomfort.

10. As a further result of the collision, the plaintiff, Mark Wiggins has been permanently disabled and his ability to carry on and enjoy life's activities has been impaired.

11. As a further result of the collision, the plaintiff, Mark Wiggins, lost time from work and will lose time from work in the future to his economic loss and detriment.

12. As a further result of the collision, the plaintiff, Mark Wiggins, has been left with scars.

## SECOND COUNT

1-12. Paragraphs One (1) through twelve (12) of the First Count are hereby incorporated by reference and are made Paragraphs One (1) through twelve (12) of this Second Count as if fully set forth herein.

13. As a further result of the negligence and carelessness of the defendant, Glenn Underhill, the plaintiff Mark Wiggins, has been denied the consortium of his spouse, Plaintiff Richelle Wiggins, including a variety of intangible relations which exist between spouses such as affection, society, assistance, companionship and relations.

**WHEREFORE**, the plaintiffs claim and demand:

1. Monetary damages; and
2. Such other and further relief as the court deems appropriate.

THE PLAINTIFFS,
MARK AND RICHELLE WIGGINS,

By: _____
Katherine E. Meshako, Esq.
The Haymond Law Firm
Their Attorneys

A TRUE COPY
ROLAND MAILLOUX
CONNECTICUT MARSHAL
HARTFORD COUNTY

| | |
|---|---|
| RETURN DATE:   OCTOBER 1, 2013 | : SUPERIOR COURT |
| MARK WIGGINS AND RICHELLE WIGGINS<br>    Plaintiffs | : JD OF NEW LONDON |
| V. | : AT NEW LONDON |
| GLENN UNDERHILL and<br>NORTH AMERICAN VAN LINES, INC.<br>    Defendants | : AUGUST 21, 2013 |

### AMOUNT IN DEMAND

The amount in demand is greater than FIFTEEN THOUSAND DOLLARS ($15,000.00) exclusive of costs and interest.

                              THE PLAINTIFFS,
                              MARK AND RICHELLE WIGGINS,

                              By: _____
                                  Katherine E. Meshako, Esq.
                                  The Haymond Law Firm
                                  Their Attorneys