UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK WIGGINS and<br>RICHELLE WIGGINS | : | No. 3:13-cv-01368-WWE |
| Plaintiffs, | : | |
| v. | : | |
| GLENN UNDERHILL and<br>NORTH AMERICAN VAN LINES, INC. | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate to dismiss the above-captioned case, with prejudice, and without costs or attorney's fees to any party.

PLAINTIFFS,
MARK WIGGINS and
RICHELLE WIGGINS

Date: 9/5/14     By /s/ Katherine Meshako
Katherine E. Meshako
ct01583
The Haymond Law Firm, P.C.
999 Asylum Avenue
Hartford, CT 06105
Tel: (860) 728-5672
Fax: (860) 247-9384
E-Mail: kmeshako@haymondlaw.com

DEFENDANTS,
GLENN UNDERHILL and NORTH AMERICAN VAN LINES, INC.

Date: 9/5/14

By *Beata Shapiro*
Beata Shapiro
ct27507
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
1010 Washington Blvd.
Stamford, CT 06901
Tel: (203) 388-9100
Fax: (203) 388-9101
Beata.Shapiro@wilsonelser.com

## CERTIFICATION

This is to certify that on **Sept. 5**, 2014, a copy of the foregoing **Stipulation of Dismissal** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Sent via U.S. mail to:

Beata Shapiro, Esq.
Wilson, Elser, Moskowitz,
 Edelman & Dicker LLP
1010 Washington Blvd.
Stamford, CT 06901

*/s/ Katherine Meshako*
Katherine E. Meshako